**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 24, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00460-CV

---

## IN RE EQUITY INDUSTRIAL LIMITED PARTNERSHIP IV, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-15186**

---

## MEMORANDUM OPINION

On June 12, 2014, relator Equity Industrial Limited Partnership IV filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Patricia J. Kerrigan, presiding judge of the 190th District Court of

Harris County, to vacate her October 14, 2013 and April 10, 2014 orders granting summary judgment and her February 10, 2014 order ordering dismissal under Texas Rule of Civil Procedure 91a.[1]

Relator has not shown its entitlement to relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.

---

[1] *See* Tex. R. Civ. P. 91a.